

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Glen D. Aaron, II,

Vs. No. 11-22-00020-CV

Caddo Minerals, Inc., et al.,

\* From the 118th District Court
of Glasscock County,
Trial Court No. DC-2072-CV.

\* August 31, 2023

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.   The costs incurred by reason of this appeal are taxed against Glen D. Aaron, II.